**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 18, 2025**



In The

# Fifteenth Court of Appeals

## NO. 15-25-00217-CV

**CEDRIC M. SCOTT, PHD, Appellant**

**V.**

**GENERAL LAND OFFICE OF THE STATE OF TEXAS, Appellee**

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-000006**

## MEMORANDUM OPINION

Appellant, Cedric M. Scott, PhD, attempted to perfect an appeal from an order entered by the 250th District Court of Travis County, Texas in cause no. D-1-GN-25-000006. Appellee has filed a motion to dismiss the appeal for want of jurisdiction. In its motion, appellee states that there is no final, appealable order in this matter over which this Court may exercise jurisdiction. *See Indus. Specialists, LLC v. Blanchard Ref. Co. LLC*, 652 S.W.3d 11, 13–14 (Tex. 2022). We agree.

The record contains no final, appealable order. The Court, therefore, dismisses the appeal for want of jurisdiction. Appellant also filed a motion to strike appellee's motion and a motion for sanctions, which the Court denies.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.